UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALEXUS,<br><br>        Plaintiff,<br><br>    v.<br><br>REGIONAL FINANCIAL SERVICES,<br><br>        Defendant. | Case No. 14-cv-03692-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 13 |

The parties stated on the record on October 21, 2014, that they have settled this action. See ECF No. 13. Accordingly, all deadlines and hearings in this case are VACATED. By December 5, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on December 17, 2014, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 21, 2014

                                                                                            _____<br>
                                                                                                  JON S. TIGAR<br>
                                                                          United States District Judge