# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA ALEXUS,** an individual, | Case No. 3:14-cv-03692-JST |
| Plaintiff, | **ORDER** |
| vs. | |
| **REGIONAL FINANCIAL SERVICES,** and DOES 1-10, inclusive | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear their own costs and expenses.

Dated this  4th  day of December, 2014.



IT IS SO ORDERED
Judge Jon S. Tigar

Order to Dismiss - 1